UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOHN MEYERS | : | BKY NO. 05-18208 ELF |

| | |
|---|---|
| JOHN MEYERS | : |
|     Judgment Plaintiff | : |
| vs. | |
| GENERAL MOTORS ACCEPTANCE CORPORATION | |
|     Judgment Defendant | : |
|     and | : |
| BANK OF AMERICA | : |
|     Garnishee | : |

### PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against General Motors Acceptance Corporation, as judgment debtor and against Bank of America, 1818 Market Street Philadelphia, PA 19103, as garnishee, pursuant to the Order of April 6, 2006 issued by Judge Frank, a copy of which is attached hereto.

                Amount due                                             $6,260.00

                                                    /s/Jeffrey C. McCullough
                                                    Jeffrey C. McCullough
                                                    Attorney for John Meyers
                                                    16 N. Franklin Street, Suite 300
                                                    Doylestown, PA 18901
                                                    215-348-8133 - phone
                                                    215-348-0428 - fax

Date: August 10, 2006