

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| JOHN MEYERS | : | BKY NO. 05-18208 ELF |

| | |
|---|---|
| JOHN MEYERS | : |
|     Judgment Plaintiff | : |
| vs. | |
| GENERAL MOTORS ACCEPTANCE CORPORATION | |
|     Judgment Defendant | : |
| and | : |
| BANK OF AMERICA | : |
|     Garnishee | : |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against GENERAL MOTORS ACCEPTANCE CORPORATION, defendant

1. You are directed to levy upon the property of the defendant and to sell his interest therein:

2. You are also directed to attach the property of the defendant not levied upon in the possession Bank of America, 1818 Market Street, Philadelphia Pennsylvania, 19103, as garnishee, all bank deposits of all types, and to notify the garnishee, all bank deposits of all types, and to notify the garnishee that

    a. an attachment has been issued

    b. the garnishee is enjoined from paying any debtor to or for the account of the

    defendant and from delivering and property of the defendant or otherwise

    disposing thereof;

#39

3. If property of the defendant not levied upon any subject to attachment if found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount due | $6260.00 |
| Clerk's Fee | $ |
| Other Costs | $ |
| Interest from 1/1/99 | $ |
| Costs Of This Writ | $ |

TIMOTHY B. McGRATH

(CLERK OF COURT)

seal of court

BY: _Virginia S. O'Hanety_  8/14/06

(Deputy Clerk)

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Document Page 3 of 3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN MEYER | Bkcy No. 05-18208 ELF |
| DEFENDANT | TYPE OF PROCESS |
| GENERAL MOTORS CORPORATION | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1818 Market Street, Philadelphia, PA ~~18964~~

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffrey C. McCullough, Esquire
16 N. Franklin Street, Suite 300
Doylestown, PA 18901

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve Interrogations In Attachment along with Writ of Execution documents upon Bank of America, 1818 Market Street, Philadelphia, PA 19103. The phone number for Bank of America is 215-972-7072

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 215-348-8133
DATE: 8/10/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | | 9/7/06 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Bydera Harmon, Bank Rep.

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/13/06   Time: 10:30 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | — | — | $45.00 | $45.00 | — 0 — |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00