In RE:
John Meyers

    vs.

United States Bankruptcy Court
For The Eastern District of PA
BKY No.05-18208 ELF, Chapter 7

General Motors Acceptance Corporation

and

Bank of America

**Bank of America**
**Garnishee's Answer to Interrogatories**

1. No.
2. Yes, a business checking account in the name of GMAC-Social Committee, balance is $5,148.89
3. No.
4. Yes, Writ of Execution BKY No.05-18208 ELF in effect.
5. No.
6. No.

By: _[signature]_ Date: 10/3/06
Sandra Allen
Northeast Legal Order Processing
Bank of America
(315) 738-5727

FILED OCT 10 2006

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        CHAPTER 7

JOHN MEYERS                             :        BKY NO. 05-18208 ELF

---

JOHN MEYERS                             :

    Judgment Plaintiff              :

  vs.

GENERAL MOTORS ACCEPTANCE CORPORATION

    Judgment Defendant              :

  and                                     :

BANK OF AMERICA                         :

    Garnishee                       :

## INTERROGATIONS IN ATTACHMENT

TO BANK OF AMERICA, GARNISHEE:

    You are required to file answers to the following Interrogations within twenty (20) days after service upon you. Failure to do so may result in judgment against you.

1. At the time you were served or at any subsequent time did you owe the defendant, General Motors Acceptance Corporation any money or were you liable to it on any negotiable or other written instrument, or did it claim that you owed it any money or were liable to it for any reason?

2. At the time you were served or at any subsequent time was there in you possession, custody or control or in the joint possession, custody or control of yourself and one or more persons any property of any nature owned solely or in part by the defendant?

OCT 10 2006

3. At the time you were served or at any subsequent time did you hold legal title to any property of any nature owned solely of in part by the defendant or in which defendant held or claimed any interest?

4. At the time you were served or at any subsequent time did you hold as fiduciary any property in which the defendant and an interest?

5. At the time before you after you were served did the defendant transfer or deliver any property to you or to any person or place pursuant to your direction or consent and what was the consideration thereof?

6. At the time after you were served did you pay, transfer or deliver any money or property to the defendant or to any person or place pursuant to its direction or otherwise discharge any claim of the defendant against you?

Jeffrey C. McCullough
Attorney for John Meyers
16 N. Franklin Street, Suite 300
Doylestown, PA 18901
215-348-8133 - phone
215-348-0428 - fax



*Bank of America*
*Legal Order Processing*
*Mail Stop: NY7-501-01-16*
*5701 Horatio Street*
*Utica, NY 13502*
*Fax (617) 310-2751*

*October 3, 2006*

*United States District Court*
*Eastern District of Pennsylvania*
*Office of the Clerk of Court*
*601 Market Street, Room 2609*
*Philadelphia, PA 19106-1797*

*In Re:*
*Re: John Meyers*
*Vs: General Motors Acceptance Corporation*
*BKY No. 05-18208 ELF*

*Dear Sir/Madam:*

*Enclosed for filing please find an original of the Answer with respect to the above-captioned matter.*

*Thank you for your attention to this matter.*

*Very truly yours,*

*Sandra Allen*
*Northeast Legal Order Processing*

OCT 10 2006